IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI

| | |
|---|---|
| Pamela S. McClanahan, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 10-CV-1125 FJG |
| Johnson Controls, Inc., and UNUM Life Insurance Co. of America, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and defendant hereby stipulate that the above-captioned action, including all claims and counts asserted therein, shall be dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees.

SMITHYMAN & ZAKOURA, CHARTERED

By: /s/
Constance L. Shidler, KS BAR #49530
750 Commerce Plaza
7400 West 110th Street
Overland Park, Kansas 66210
913-661-9800 / FAX: 913-661-9863
Attorneys for Plaintiff

LEWIS, RICE & FINGERSH, L.C.

By: /s/
Robert J. Golterman, MO #37021
600 Washington Avenue, #500
St. Louis, Missouri 63101
314-444-7745 Fax: 314-612-7745
Attorneys for Defendants Johnson Controls
and UNUM Life Ins. Company of America